# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY

1002 BROAD STREET
NEWARK, NEW JERSEY 07102

(973) 645-6347 Telephone
(973) 645-3101 Facsimile
(973) 297-4807 Facsimile

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

November 10, 2009

Honorable Peter S. Sheridan
District Court Judge
District of New Jersey
402 E. State Street,
Trenton, NJ

Re: United States v. Damion Nelson,
09-00247 (PGS)

Dear Judge Sheridan:

I am writing to withdraw my current motion from the Court's calendar in order to give the parties additional time to attempt to resolve this case without the need for pre-trial litigation. Thank you for your consideration of this request.

Yours very truly,

S/: Peter M. Carter
Peter M. Carter, AFPD

SO ORDERED: *[signature]*
DATED: 11/10/09