UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :   Hon. Peter G. Sheridan

      v.                        :   Crim. No. 09-247 (PGS)

DAMION NELSON                 :   CONTINUANCE ORDER

      This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Brooke E. Carey, Assistant U.S. Attorney), and defendant Damion Nelson (by Peter Carter, AFPD) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1. Defendant has consented to the aforementioned continuance; and

      2. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the

continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___3___ day of February, 2010,

IT IS ORDERED that the period from February 8, 2010, 2009, through April 8, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. PETER G. SHERIDAN
United States District Judge

_____
Assistant U.S. Attorney
Brooke E. Carey

_____
Peter Carter, AFPD
Counsel for defendant Damion Nelson